UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL H. KEPPLER** | : | **No. 15-444** |

## O R D E R

**AND NOW,** this 11th day of October, 2016, upon consideration of Defendant's Motion to Continue the Sentencing (Doc. No. 16), it is hereby **ORDERED** that said Motion is **GRANTED.** Accordingly, sentencing is continued to Wednesday, January 18, 2017 at 10:00 a.m.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge