UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL KEPPLER | : | No.  15-444 |

**O R D E R**

**AND NOW,** this 23rd  day of January, 2017, for the reasons stated on the record at the sentencing hearing on January 18, 2017 it is **ORDERED** that Pretrial Services shall turnover Defendant's German passport to the U.S. Probation Officer.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge